[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 5, 2006
THOMAS K. KAHN
CLERK

_____

No. 04-16518

_____

D. C. Docket No. 04-00077-CR-T-26-MSS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESUS LOPEZ RAMIREZ,
MIGUEL ATILANO GARCIA,
MANUEL RAMIREZ GARZON,  et al.,

Defendants-Appellants.

_____

Appeals from the United States District Court
for the Middle District of Florida

_____

**(April 5, 2006)**

Before ANDERSON, DUBINA and HILL, Circuit Judges.

PER CURIAM:

The jurisdictional issue raised by appellants is foreclosed by our recent opinion in <u>United States v. De La Cruz</u>, ___ F.3d ___, 2006 WL 759777 (11th Cir. 2006). The other arguments of appellants challenging their convictions are rejected without need for further discussion.

Pursuant to the concession by the government, the sentences of all five appellants are vacated, and each is remanded for resentencing.

AFFIRMED as to the convictions; VACATED AND REMANDED as to the sentences.